KARLA E. PAINTER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front Street, Suite 401
Missoula, MT 59802
Phone:    (406) 542-8851
FAX:      (406) 542-1476
E-mail:   Karla.Painter@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JAN 19 2023
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HARVEY ALVIN HUGS, <br><br> Defendant. | CR 23- 06 -BLG-SPW <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF A FIREARM** <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **FORFEITURE** <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

From approximately February 2020 and continuing until approximately March 2021, at Hardin, within Big Horn County, and elsewhere, in the State and District of Montana, the defendant, HARVEY ALVIN HUGS, knowing he had

1

been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense charged in this indictment, the defendant, HARVEY ALVIN HUGS, shall forfeit to the United States, any firearm and ammunition used in any knowing violation of that offense.

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney