# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARVEY ALVIN HUGS,<br><br>Defendant. | CR 23-06-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 31). The Court having read the motion and being fully advised finds:

THAT the Defendant, HARVEY ALVIN HUGS, pled guilty to count I of the Indictment charging him with Prohibited Person in Possession of a Firearm and admitted the forfeiture allegation, a factual basis and cause to issue a forfeiture order in this case exists under 18 U.S.C. § 924(d), and the Defendant has no objection to the Motion for Preliminary Order of Forfeiture;

THAT prior to the disposition of the assets, U.S. Fish and Wildlife Service or a designated sub-custodian, is required to seize the forfeited property; and

1

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice of the forfeiture and the United States' intent to dispose of the property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT the defedant's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Winchester, model 70, .270 caliber bolt-action rifle, SN G2264064.;
- Savage, model 112, 7 mm caliber bolt action rifle, SN F924857;
- Assorted ammunition;

THAT the U.S. Fish and Wildlife Service or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the

Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 25th day of September, 2023.

_____
SUSAN P. WATTERS
United States District Court Judge