IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HARVEY ALVIN HUGS, <br><br> Defendant. | CR 23-06-BLG-SPW <br><br> FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 35). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on September 25, 2023. (Doc. 33.)

3. All known interested parties were provided an opportunity to respond and publication has been affected as required by 21 U.S.C. § 853(n)(1). (Doc. 34.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 35) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Winchester, model 70, .270 caliber bolt-action rifle, SN G2264064;
- Savage, model 112, 7 mm caliber bolt action rifle, SN F924857; and
- Assorted ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of December, 2023.

SUSAN P. WATTERS
United States District Court Judge